

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

George Francis Sheehan, Jr.,  　　　　* From the 318th District Court
　　　　　　　　　　　　　　　　　　　 of Midland County,
　　　　　　　　　　　　　　　　　　　 Trial Court No. FM67035.

Vs. No. 11-22-00085-CV  　　　　　　　* August 24, 2023

Pamela Sheehan,  　　　　　　　　　　* Memorandum Opinion by Bailey, C.J.
　　　　　　　　　　　　　　　　　　　 (Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　 Trotter, J., and Williams, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against George Francis Sheehan, Jr.